**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**SHERRIE GRADY**                                                                     **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO.: 4:25-cv-192-RPC-JMV**

**SENATOBIA HEALTH AND REHAB AND
MARTY NORTHRIP**                                                             **DEFENDANTS**

**ORDER STAYING CASE**

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L. U. Civ. R. 16(b)(3)(B). Defendants Marty Northrip and Senatobia Health and Rehab have filed a motion to dismiss asserting lack of personal jurisdiction. [Doc. 15].

IT IS, THEREFORE, ORDERED AND ADJUDGED that pursuant to L.U. Civ. R. 16(b)(1), the aforementioned proceedings are hereby STAYED pending the Court's ruling on the motion to dismiss. [Doc. 15].

**SO ORDERED** this, the 1st day of June, 2026.

/s/Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**

1